STATE OF NEW YORK      )
                       )  ss.:
COUNTY OF NEW YORK     )

**DAWN MASSEY**, being duly sworn, deposes and says:

1. I am the plaintiff in this action. I am fully familiar with the facts and circumstances herein.

2. On or about November 1, 2010, I submitted a rental application for an apartment to Vantage Properties, a landlord. I was given the application at Vantage's offices and asked to complete and return the application while I was there. I did not have an attorney present, nor the opportunity to take the application to have it reviewed by an attorney.

3. The application included information about my current living situation, current and former employment, bank information, and immigration status.

4. At the bottom of the form was a block of confusing "legalese" text, in fine print. I do not remember how closely I read it, but I remember that unless I signed the form I would not be able to apply for, and rent, the apartment.

5. I did not intend to waive any claims against On-Site, whose later conduct harmed me as set forth in the Complaint. At the time I signed the form I had never even heard of On-Site. My understanding was that I was merely authorizing the landlord to obtain information about me from credit agencies.

**WHEREFORE**, it is respectfully requested that this Court issue an Order denying the defendant's motion in its entirety.

_____
DAWN MASSEY

Sworn to before me this
15th day of August 2011

_____
Notary Public

SUSAN K. CRUMILLER
Notary Public, State of New York
No. 02CR6176800
Qualified in Kings County
Commission Expires Nov. 05, 2011