# EXHIBIT A

**Screening Reports Reviewed**
7253

**Potential Class Members**
3385

**Pages Reviewed (+/- 10)**
38469

**Class Members Per Page**
0.087993

**Reports w/o Any Housing Court Info**
277

**Total Housing Court Records**
22833

**Housing Court Records Older Than 7 Years**
6634

**Housing Court Records w/No Dates**
57

**Housing Court Records 7+ yrs or No Date**
29.30%

| States | Number of Housing Court Records Older Than SOL | Unique Class Members Per State | Percentage of Total Class Members |
|---|---|---|---|
| AL | 0 | 0 | 0.00% |
| AK | 8 | 8 | 0.24% |
| AZ | 3108 | 1807 | 53.38% |
| AR | 0 | 0 | 0.00% |
| CA | 7 | 7 | 0.21% |
| CO | 244 | 158 | 4.67% |
| CT | 0 | 0 | 0.00% |
| DE | 31 | 20 | 0.59% |
| FL | 0 | 0 | 0.00% |
| GA | 892 | 343 | 10.13% |
| HI | 0 | 0 | 0.00% |
| ID | 6 | 6 | 0.18% |
| IL | 0 | 0 | 0.00% |

| | | | |
|---|---|---|---|
| IN | 0 | 0 | 0.00% |
| IA | 0 | 0 | 0.00% |
| KS | 30 | 25 | 0.74% |
| KY | 0 | 0 | 0.00% |
| LA | 0 | 0 | 0.00% |
| ME | 2 | 2 | 0.06% |
| MD | 0 | 0 | 0.00% |
| MA | 0 | 0 | 0.00% |
| MI | 2 | 2 | 0.06% |
| MN | 1 | 1 | 0.03% |
| MS | 28 | 22 | 0.65% |
| MO | 2 | 2 | 0.06% |
| MT | 2 | 2 | 0.06% |
| NE | 8 | 6 | 0.18% |
| NV | 287 | 223 | 6.59% |
| NH | 0 | 0 | 0.00% |
| NJ | 0 | 0 | 0.00% |
| NM | 0 | 0 | 0.00% |
| NY | 1701 | 579 | 17.10% |
| NC | 0 | 0 | 0.00% |
| ND | 0 | 0 | 0.00% |
| OH | 0 | 0 | 0.00% |
| OK | 55 | 37 | 1.09% |
| OR | 0 | 0 | 0.00% |
| PA | 179 | 102 | 3.01% |
| RI | 0 | 0 | 0.00% |
| SC | 0 | 0 | 0.00% |
| SD | 0 | 0 | 0.00% |
| TN | 0 | 0 | 0.00% |
| TX | 4 | 4 | 0.12% |
| UT | 18 | 15 | 0.44% |
| VT | 0 | 0 | 0.00% |
| VA | 0 | 0 | 0.00% |
| WA | 3 | 3 | 0.09% |
| WV | 6 | 2 | 0.06% |
| WI | 0 | 0 | 0.00% |
| WY | 1 | 1 | 0.03% |
| DC | 9 | 8 | 0.24% |

Total Unique Bates/State Pairs
3385