# FISHMAN & MALLON, LLP
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| James B. Fishman | 305 Broadway | Laurence H. Pearson |
| Kevin C. Mallon^ | Suit 900 | |
| _____ | New York, NY 10007-1187 | Of Counsel |
| Susan Crumiller+ | | |
| Jennifer Addonizio* | (212) 897-5840 | |
| | Facsimile: (212) 897-5841 | |
| ^ Also admitted in CA | Sender's Direct Line: (212) 822-1474 | |
| + Also admitted in NJ | kmallon@lawsuites.net | |
| *Also admitted in MA | www.tenantslaw.net | |

November 30, 2012

Honorable Brian M. Cogan
United States District Court
225 Cadman Plaza East
New York, NY  10007-1312

**VIA ECF FILING**

      Re:   <u>Massey v. On-Site Manager, Inc.</u>
               EDNY Index No. CV 11-2612 (BMC)

Dear Judge Cogan,

      The parties to this action hereby jointly request a modification of the Court's November 16, 2012 Order Granting Preliminary Class Approval.  In preparing the notices for class mailing, the parties realized that there was a minor mistake on the Claim Form for the "sub-class" submitted to the Court.   Although the actual agreement signed by the parties is silent on this point, the parties had agreed that in order to be effective the Claim Form either had to be notarized <u>or</u> the claimant could include a copy of his/her driver's license in lieu of notarization.  The form provided to (and approved by) the Court failed to notify the class members of the option of including a copy of their driver's license instead of having the form notarized.

      Accordingly, the parties jointly request that the amended form attached to this letter be approved instead of the original form provided to the Court.  The parties further request that all deadlines be moved back by ten (10) days to accommodate the delay in providing the necessary materials to the class administrator caused by this error.

Dated: November 30, 2012                  Respectfully submitted,

                                                        /s/
                                          Kevin C. Mallon
                                          Fishman & Mallon, LLP
                                          305 Broadway, Suite 900
                                          New York, NY 10007